UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SynKloud Technologies, LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Epic Systems Corp.,<br><br>　　　Defendant. | Case No. 3:24-cv-00030-wmc |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, SynKloud Technologies, LLC ("SynKloud"), has provided Defendant, Epic Systems Corporation ("Epic"), with a covenant not to sue, releasing all claims related to the asserted patent against Epic and Epic's customers using Epic software, in exchange only for Epic agreeing to dismiss its counterclaims against SynKloud. Thus, the Parties hereby stipulate to the dismissal with prejudice of SynKloud's claims against Epic and dismissal with prejudice of Epic's counterclaims against SynKloud. The parties shall bear their own attorneys' fees, expenses and costs.

1

Dated this 20th day of May, 2024.

 /s/ Gregory J. Myers
Gregory J. Myers
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Tel.: (612) 339-6900
Fax: (612) 339-0981
gjmyers@locklaw.com

*Attorneys for SynKloud Technologies, LLC*

 /s/ Kristin Graham Noel
Kristin Graham Noel
Matthew J. Duchemin
Bryce A. Loken
QUARLES & BRADY LLP
33 East Main Street, Suite 900
Madison, WI 53703
Tel.: (608) 251-5000
Fax: (608) 251-9166
kristin.noel@quarles.com
matthew.duchemin@quarles.com
bryce.loken@quarles.com

*Attorneys for Epic Systems Corporation*